1  Michael D. Schulman (#137249)
   LAW OFFICES OF MICHAEL D. SCHULMAN
2  21800 Oxnard Street, Suite 750
   Woodland Hills, CA 91367-7305
3  (818) 999-5553

4

5  Attorneys for Defendant/Counter-claimant
   CITIBANK, N.A., incorrectly sued as
6  CITIBANK, a New York Corporation

7

8                  UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

10

11 LORETTA KHACHATRYAN,              )   Case No.:  CV11-10703-PA-SS
                                     )
12         Plaintiff,                )   COUNTERCLAIM OF CITIBANK, N.A.,
                                     )   INCORRECTLY SUED AS CITIBANK, A
13         v.                        )   NEW YORK CORPORATION
                                     )
14                                   )   1. Breach of Credit Card Agreement
   BANK OF AMERICA, A Delaware       )
15 Corporation, CHASE BANK USA, A New)
   York Corporation, CITIBANK, A New York )
16 Corporation, HSBC BANK, A United States )
   Corporation, MACYS CORPORATE      )
17 SERVICES, a Delaware Corporation, )
   NORDSTROM, INC. a Washington      )
18 Corporation,                      )
                                     )
19                                   )
           Defendants.                )
20                                    )
                                     )
21 CITIBANK, N.A.                    )
                                     )
22         Counter-Claimant.         )
                                     )
23         v.                        )
                                     )
24 LORETTA KHACHATRYAN,              )
                                     )
25         Counter-Defendant.        )
                                     )
26                                   )

27

28

## GENERAL ALLEGATIONS

1. CITIBANK, N.A. incorrectly sued as CITIBANK, A New York Corporation ("CITIBANK"), is, and at all relevant times was, a national bank organized under the laws of the United States and located in Sioux Falls, South Dakota.

2. CITIBANK alleges on information and belief that Counter-Defendant, LORETTA KHACHATRYAN ("KHACHATRYAN") is, and at all relevant times was, an individual residing within the above referenced Judicial District.

## JURISDICTION

3. This is a Counterclaim, which arises out of and is related to some of the transactions alleged in the Complaint herein. As such, this Court has jurisdiction over the Counterclaim pursuant to 28 U.S.C. Section 1367(a).

## FIRST CAUSE OF ACTION

(Breach of Credit Card Agreement)

(As to All Counter-Defendants)

4. CITIBANK realleges and incorporates by reference the allegations of paragraphs 1 through 3, inclusive, of this Counterclaim as if fully set forth herein.

5. In or about March 2004, KHACHATRYAN applied for and was issued a credit card account ending in 4200 (the "Account") by Citibank (South Dakota), N.A.

6. Citibank (South Dakota), N.A. merged into Citibank, N.A. effective July 1, 2011.

7. The Account is subject to written terms and conditions that are reflected in a Card Agreement, as amended from time to time (hereinafter referred to as "Agreement"). Pursuant to the terms of the Agreement, KHACHATRYAN agreed, in consideration of CITIBANK loaning and advancing to KHACHATRYAN monies under the terms of the Account, to repay the amounts so advanced in accordance with the terms thereof. In reliance upon the provisions of the Agreement, CITIBANK did thereafter extend credit pursuant thereto at the request of KHACHATRYAN in the amounts set forth herein.

8. Pursuant to the terms of the Agreement, KHACHATRYAN was to make at least minimum monthly payments on sums advanced by CITIBANK. KHACHATRYAN has failed to pay the amounts owed under the Agreement and, as such, is in breach of the Agreement.

9. Pursuant to the terms of the Agreement, CITIBANK is entitled to interest on the unpaid principal sum advanced by CITIBANK at the contract rate until paid in full or date of entry of judgment. CITIBANK will ask leave of this Court to amend its Counterclaim at the time of trial, to conform to proof, to state the exact amount of interest to which CITIBANK is entitled.

10. No part of said sums have been repaid, and there now remains due, owing and payable from KHACHATRYAN, in accordance with the terms of the Agreement, the principal sum of $1,179.43, plus interest thereon, plus all applicable unpaid fees and reasonable attorney fees as provided for under the terms of the Agreement.

11. In the Agreement, it is provided that KHACHATRYAN agreed to pay reasonable attorney fees incurred by CITIBANK in collecting any amount due under the Agreement; CITIBANK has employed the Law Offices of Michael D. Schulman, licensed and practicing attorneys in the State of California, for the purpose of instituting and prosecuting this action.

12. CITIBANK has duly performed all the conditions precedent on its part required to be performed.

WHEREFORE CITIBANK prays judgment against the KHACHATRYAN as follows:

A.    For the sum of $1,179.43, plus interest thereon at the Agreement rate until paid in full or date of entry of judgment, plus late charges;

B.    For reasonable attorney fees.

C. For costs of suit incurred herein; and;

D. For such other and further relief as this Court may deem just and proper.

Dated: February 2, 2012   LAW OFFICES OF MICHAEL D. SCHULMAN

By _____
MICHAEL D. SCHULMAN
Attorneys for CITIBANK, N.A., incorrectly sued as CITIBANK, a New York Corporation

## PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21800 Oxnard St., Suite 750 Woodland Hills, CA 91367.

On February 2, 2012, I served the document described as:

COUNTERCLAIM OF CITIBANK, N.A., INCORRECTLY SUED AS CITIBANK, A NEW YORK CORPORATION

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Loretta Khachatryan
1815 N. Normandie Avenue, #8
Los Angeles, CA 90027

_X_ BY MAIL
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ BY PERSONAL DELIVERY.

___ BY FACSIMILE DELIVERY. I transmitted said document from facsimile number: 818-999-5570, to facsimile number(s):

___ BY UNITED PARCEL SERVICE.
I am readily familiar with the firm's practice of collection and processing correspondence for United Parcel Service - Overnight shipping. Under that practice it would be deposited with United Parcel Service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business.

___ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 2, 2012, at Woodland Hills, California.



___Yvette Montejo___
Type or Print Name

Signature